```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
Cartier Saada S.A.                       :
and Cartier Saada US LLC,                :
                                         :
                    Plaintiffs,          :    21 Civ. 2501 (DLC)
          -v-                            :
                                         :         ORDER
Bank of America, N.A.,                   :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

This case was reassigned to this Court's docket on December 10, 2021. The defendant's motion to dismiss is currently pending before this Court. Pursuant to this Court's individual practices in civil cases, it is hereby

ORDERED that the parties shall, by January 3, 2022, provide courtesy copies of all briefing submitted in connection with the defendant's motion to dismiss to Chambers by delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 20, 2021

                                        _____
                                              DENISE COTE
                                        United States District Judge