**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CARTIER SAADA S.A. and CARTIER
SAADA US LLC,

                Plaintiffs,            21 **CIVIL** 2501 (DLC)

    -against-                      **JUDGMENT**

BANK OF AMERICA, N.A.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 21, 2022, Bank of America's motion to dismiss the plaintiffs' complaint is granted. Judgment is entered for the defendants and the case is closed

**Dated:**  New York, New York
          January 21, 2022

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                  **BY:**
                                                          **Deputy Clerk**